UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                    Chapter 11

    150 Calyer, LLC,                                        Case no.  19-41041

                     Debtor.
----------------------------------------------------------x

## **NOTICE OF ADJOURNMENT**

      PLEASE TAKE NOTICE, that the Order to Show Cause why the above-captioned case should not be dismissed has been adjourned from March 12, 2019 before the Honorable Elizabeth S. Stong to March 13, 2019 at 2:00 p.m. before the Honorable Carla E. Craig.

Dated:  New York, New York
         March 7, 2019

                                   BACKENROTH FRANKEL & KRINSKY, LLP

                      By:    s/Mark A. Frankel
                            800 Third Avenue
                            New York, New York 10022
                            (212) 593-1100